## Commonwealth *v.* Bonaduce, Appellant.

*James A. Lynch,* for appellant.

*Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, June 14, 1973:

Appellant contends that after-discovered evidence should entitle him to a new trial. In the briefs of the parties, reference is made to an affidavit setting forth: (1) the reason the offered evidence was not available at time of trial; and (2) the nature of the evidence and its materiality to appellant's defense.

We have searched the record and find no affidavit. Under the circumstances, we are unable to make a determination of the matter on the bare allegations of counsel. From the state of the record, we cannot decide if the criteria for the grant of a new trial because of after-discovered evidence, as set forth in *Commonwealth v. Phillips,* 183 Pa. Superior Ct. 377, 132 A. 2d 733 (1957), have been satisfied.

We remand this case to the lower court to obtain a complete record for purposes of appeal.